IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARILIX VILLANUEVA PÉREZ; <u>ET AL.</u>,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**HOSPITAL DAMAS INC.; <u>ET AL.</u>,**<br><br>**Defendants.** | **CIVIL NO. 23-1336 (PAD)** |

**PARTIAL JUDGMENT**

In accordance with the Order at Docket No. 26, and there being no just reason for delay, partial judgment is hereby entered dismissing plaintiffs' claims against Dr. Helder Hernández Rivera, his wife Jane Doe, and their conjugal partnership; Dr. Jennifer Vargas Santos, her husband John Doe, and their conjugal partnership; and Caribbean Electrophysiology Services Inc.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of November, 2023.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge