# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARILIX VILLANUEVA PÉREZ; ET AL.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**HOSPITAL DAMAS INC.; ET AL.,**<br><br>    **Defendants**. | **CIVIL NO. 23-1336 (PAD)** |

## JUDGMENT

In accordance with the Memorandum and Order issued today (Docket No. 65), judgment is hereby entered dismissing this case.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of July, 2024.

                                                            s/Pedro A. Delgado-Hernández
                                                            PEDRO A. DELGADO-HERNÁNDEZ
                                                            United States District Judge